IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT COLEMAN**                                                                                    **PLAINTIFF**
**ADC #154354**

v.                                    Case No. 3:13CV00117 KGB

**AMY PEYTON** *et al*.                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 20th day of August, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE